February 7, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JIMMY RAYNOR AND RUBY LEWIS, INDIVIDUALLY AND AS
REPRESENTATIVES OF THE ESTATE OF JOSEPH LYNN RAYNOR, DECEASED,
Appellants

NO. 14-10-01242-CV                              V.

MOORES MACHINE SHOP, LLC, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Moores Machine Shop, LLC, signed November 19, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Moores Machine Shop, LLC, to pay all costs incurred in this appeal. We further order this decision certified below for observance.